No. 76–6641.  GOLDSTONE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–6648.  GENES ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–793.  EHRLICHMAN *v.* UNITED STATES; and

No. 76–1081.  MITCHELL ET AL. *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE REHNQUIST took no part in the consideration or decision of these petitions.

No. 76–1316.  BEAL, SECRETARY, DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. *v.* BRODERICK, U. S. DISTRICT JUDGE.  C. A. 3d Cir.  Application for stay of participation of the United States in *Halderman* v. *Pennhurst,* C. A. No. 74–1345 (ED Pa.), presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied.  Certiorari denied.

No. 76–1356.  MERCEDES-BENZ OF NORTH AMERICA, INC., ET AL. *v.* LINK ET AL.  C. A. 3d Cir.  Certiorari and other relief denied.

No. 76–6507.  McDONALD *v.* TENNESSEE.  Sup. Ct. Tenn.  Certiorari and all other relief denied.

No. 76–6326.  LIVINGSTON *v.* TEXAS.  Ct. Crim. App. Tex.;

No. 76–6401.  GRANVIEL *v.* TEXAS.  Ct. Crim. App. Tex.; and

No. 76–6407.  HARRIS *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate judgments insofar as they leave undisturbed the sentences of death.  See *Gregg* v. *Georgia,* 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.,* at 231 (MARSHALL, J., dissenting).